FILED

10/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0274

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0274

_____

LARRY B. DANIELS,

      Petitioner and Appellant,

   v.                                                                O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Larry B. Daniels, to all counsel of record, and to the Honorable Matthew J. Wald, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 7 2020